UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **In re: Hunt, Andrew** | Chapter: 7 |
| | Case Number: 13-52477-TJT |
| Debtor. | Judge: Thomas Tucker |
| _____/ | |
| STUART A. GOLD, Trustee, | |
| Plaintiff, | |
| v. | Adversary Proceeding |
| | No. 13-05237 |
| ANDREW HUNT, | |
| Defendant. | |

| GOLD, LANGE & MAJOROS, P.C. | ARONOFF & LINNELL, PLLC |
|---|---|
| Scott Dewey (P73327) | Erik C. Stein (P72172) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 24901 Northwestern Highway, Suite 444 | 2804 Orchard Lake Rd., Ste. 203 |
| Southfield, MI 48075 | Keego Harbor, MI 48320 |
| (248) 350-8220 | (248) 977-4182 |

## DEFENDANT ANDREW HUNT'S ANSWER TO PLAINTIFF'S COMPLAINT and AFFIRMATIVE DEFENSES

NOW COMES the Defendant, ANDREW HUNT, individually, (hereinafter "Defendant"), by and through his attorneys, ARONOFF & LINNELL, PLLC, by Erik C. Stein, and for his Answer to Plaintiff's Complaint, states as follow:

1. Paragraph one of Plaintiff's complaint does not require an answer as it is a legal assertion. No response is necessary.

2. Paragraph two of Plaintiff's complaint does not require an answer as it is a legal assertion. No response is necessary.

3. Defendant admits to paragraph three of the Plaintiff's complaint.

4. Defendant neither admits nor denies the allegation made in paragraph four of Plaintiff's complaint for the reason he is without knowledge and therefore, leaves Plaintiff to its proofs.

5. Defendant admits in part and denies in part of the allegations made in paragraph 5 of the Plaintiff's compliant. Defendant admits Quarry Gardens is a Michigan corporation located at 9376 26 Mile Road, Casco, Michigan, and that Quarry Gardens is in the business of providing landscape materials to contractors and consumers. Defendant denies the allegation that he is a shareholder of Quarry Gardens and owns one-third (1/3) or approximately thirty-three percent (33%) of Quarry Garden's stock.

6. Defendant denies the allegations made in paragraph 6 of Plaintiff's complaint for the reason that it is not true.

7. Defendant denies the allegations made in paragraph 7 of Plaintiff's complaint for the reason that it is not true.

8. Defendant admits to paragraph 8 of the Plaintiff's complaint.

9. Defendant denies the allegations made in paragraph 9 of Plaintiff's complaint for the reason that it is not true.

10. Defendant denies the allegations made in paragraph 10 of Plaintiff's complaint for the reason that it is not true.

11. Defendant neither admits nor denies the allegation made in paragraph 11 of Plaintiff's complaint for the reason he is without knowledge and therefore, leave Plaintiff to its proofs.

12. Defendant denies the allegations made in paragraph 12 of Plaintiff's complaint for the reason that it is not true.

## COUNT I – WITHHELD INFORMATION

13. Paragraph 13 of Plaintiff's complaint does not require a response.

14. Defendant denies the allegations made in paragraph 14 of Plaintiff's complaint for the reason that it is not true.

15. Answering paragraph 15 of Plaintiff's complaint, Defendant denies the allegation therein contained.

## COUNT II – FAILURE TO KEEP OR PRESERVE RECORDS

16. Paragraph 16 of Plaintiff's complaint does not require a response.

17. Defendant denies the allegations made in paragraph 17 of Plaintiff's complaint for the reason that it is not true.

18. Answering paragraph 18 of Plaintiff's complaint, Defendant denies the allegation therein contained.

## COUNT III – INTENT TO HINDER AND DEFRAUD CREDITORS AND TRUSTEE

19. Paragraph 19 of Plaintiff's complaint does not require a response.

20. Defendant denies the allegations made in paragraph 20 of Plaintiff's complaint for the reason that it is not true.

21. Answering paragraph 21 of Plaintiff's complaint, Defendant denies the allegation therein contained.

## COUNT IV – FALSE OATHS OR ACCOUNT

22. Paragraph 22 of Plaintiff's complaint does not require a response.

23. Defendant denies the allegations made in paragraph 23 of Plaintiff's complaint for the reason that it is not true.

24. Answering paragraph 24 of Plaintiff's complaint, Defendant denies the allegation therein

contained.

## COUNT V – Turnover Property of the Estate

25. Paragraph 25 of Plaintiff's complaint does not require a response.

26. Defendant denies the allegations made in paragraph 26 of Plaintiff's complaint for the reason that it is not true.

27. Defendant denies the allegations made in paragraph 27 of Plaintiff's complaint for the reason that it is not true.

## AFFIRMATIVE DEFENSES

As for his affirmative defenses to Plaintiff's Complaint, Defendant states as follows:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

Each of the purported causes of action set forth in the Complaint fail to allege facts sufficient to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(No Injury)

Plaintiff has not been injured or damaged as a result of any action, omission, or conduct by the Defendant.

### THIRD AFFIRMATIVE DEFENSE

Defendant has not completed his investigation and discovery regarding the allegations and claims set forth and asserted by Plaintiffs. Accordingly, Defendant reserves the right to assert such additional affirmative defenses as necessary based on such ongoing investigation and discovery.

WHEREFORE, Defendant prays this Honorable Court dismiss this matter for no cause of action and award this Defendant costs and attorney fees so wrongfully incurred in its defense.

Respectfully submitted,

ARONOFF & LINNELL, PLLC

/s/ Erik C. Stein
Erik C. Stein (P72172)
Attorneys for Defendant
2804 Orchard Lake Rd., Ste. 203
Keego Harbor, MI 48320
(248) 977-4182

Dated: December 4, 2013